AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Forester, Karl S | 2. Court or Organization  United States District Court | 3. Date of Report  5/13/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active Article III Judge | 5. ReportType (check appropriate type)  ○ Nomination, Date 7/27/1988  ○ Initial  ● Annual  ● Final | 6. Reporting Period  1/1/2004  to  12/31/2004 |
| 7. Chambers or Office Address  P.O. Box 2165  Lexington, KY 40588 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
May 19 11 51 AM '05
FINANCIAL DISCLOSURE OFFICE

## 111. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Phoenix Hollister App. Fund Class A | D | Dividend | L | T | Exchange | 4/20 | L | | Phoenix Small Cap Value Fund |
| 2. Kaneb Services | A | Distribution | J | T | | | | | |
| 3. Xanser Corp. | A | Dividend | J | T | | | | | |
| 4. Wachovia Moneymart Funds | A | Dividend | L | T | | | | | |
| 5. Duke Power Co. | A | Dividend | J | T | | | | | |
| 6. Income Fund of AM. | C | Dividend | M | T | | | | | |
| 7. Investment Co. of AM. | C | Dividend | M | T | | | | | |
| 8. Immunomedics Inc. Del. | A | Dividend | J | T | | | | | |
| 9. Webster Fin. Corp. | A | Dividend | K | T | | | | | |
| 10. Vine St. Trust Co. | A | Interest | J | T | | | | | |
| 11. Central Bank & Trust Co. | A | Interest | J | T | | | | | |
| 12. Van Kampen Focus Port Unit 251-Morgan Stanley Hi Tec 35 | A | Dividend | K | T | Redeemed | 2/23 | K | A | |
| 13. Van Kampen Focus Port Unit 264 | A | Dividend | K | T | Redeemed | 2/23 | K | A | |
| 14. Dryden Intl Equity Fund | A | Dividend | K | T | | | | | |
| 15. S1 Corp. | | None | L | T | | | | | |
| 16. WebMD Corp. | | None | J | T | | | | | |
| 17. Lucent Technologies | | None | | | Sell | 2/20 | L | A | |
| 18. Agere Syst. Inc. Class A | | None | J | T | | | | | |

1. Income/Gain Codes (See Columns D1 and D4)   A – $1,000 or less   B – $1,001-$2,500   C – $2,501-$5,000   D – $5,001-$15,000   E – $15,001-$50,000   F – $50,001-$100,000   G – $100,001-$1,000,000   H1 – $1,000,001-$5,000,000   H2 – More than $5,000,000

2. Value Codes (See Columns C1 and D3)   J – $15,000 or less   K – $15,001-$50,000   L – $50,001-$100,000   M – $100,001-$250,000   N – $250,000-$500,000   O – $500,001-$1,000,000   P1 – $1,000,001-$5,000,000   P2 – $5,000,001-$25,000,000   P3 – $25,000,001-$50,000,000   P4 – $More than $50,000,000

3. Value Method Codes (See Column C2)   Q – Appraisal   R – Cost (Real Estate Only)   S – Assessment   T – Cash Market   U – Book Value   V – Other   W – Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Forester, Karl S | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Agere Syst. Inc. Class B | | None | J | T | | | | | |
| 20. Dupree Mutual Funds KY Tax-Free Income Series | D | Dividend | M | T | | | | | |
| 21. General Electric Co. | A | Dividend | K | T | | | | | |
| 22. J.P. Morgan Chase Com. | A | Dividend | | | Sell | 5/10 | K | D | |
| 23. Sun Microsystems, Inc. | | None | K | T | Buy | 4/2 | J | A | |
| 24. Cisco Systems, Inc. | | | | | Sell | 2/4 | K | E | |
| 25. Microsoft Corp. | E | Dividend | M | T | Buy | 2/10 | L | | |
| 26. | | | | | Part sell | 3/18 | L | | |
| 27. | | | | | Buy | 4/2 | M | | |
| 28. DPL Inc. | B | Dividend | L | T | | | | | |
| 29. Van Kampen Unit TRS 420 S&P Power Picks 2004 | | | K | T | Buy | 1/8 | K | | |
| 30. Nokia | | | K | T | Buy | 2/24 | K | | |
| 31. | | | | | Sell | 3/19 | K | | |
| 32. | | | | | Buy | 4/21 | K | | |
| 33. Van Kampen Focus Port Unit 405 Morgan Stanley PRT Ser 30 | | None | K | T | Buy | 2/23 | K | | |
| 34. Consol Energy, Inc. (CNX) | A | Dividend | L | T | Buy | 4/28 | L | | |

1. Income/Gain Codes: A – $1,000 or less; B – $1,001-$2,500; C – $2,501-$5,000; D – $5,001-$15,000; E – $15,001-$50,000
(See Columns B1 and D4) F – $50,001-$100,000; G – $100,001-$1,000,000; H1 – $1,000,001-$5,000,000; H2 – More than $5,000,000
2. Value Codes: J – $15,000 or less; K – $15,001-$50,000; L – $50,001-$100,000; M – $100,001-$250,000
(See Columns C1 and D3) N – $250,001-$500,000; O – $500,001-$1,000,000; P1 – $1,000,001-$5,000,000; P2 – $5,000,001-$25,000,000
P3 – $25,000,001-$50,000,000; P4 – $More than $50,000,000
3. Value Method Codes: Q – Appraisal; R – Cost (Real Estate Only); S – Assessment; T – Cash/Market
(See Column C2) U – Book Value; V – Other; W – Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date _5/13/05_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544